AUSA: Philip Jacques  Telephone: (313) 226-9654
AO 91 (Rev. 11/11) Criminal Complaint        Task Force Officer: Kylie Churches, ATF  Telephone: (313) 202-3400

# UNITED STATES DISTRICT COURT
для the
### Eastern District of Michigan

United States of America
v.
William Knight

Case: 2:25-mj-30550
Assigned To : Unassigned
Assign. Date : 8/28/2025
Description: USA V SEALED (LLH)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____August 19, 2025_____ in the county of _____Wayne_____ in the _____Eastern_____ District of _____Michigan_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in Possession of a Firearm |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Kylie Churches, Task Force Officer, ATF
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: August 28, 2025

_____
Judge's signature

City and state: Detroit, MI

Hon. Anthony P. Patti, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Kylie Churches, being duly sworn, depose and state the following:

**I.  INTRODUCTION**

1. I am a Task Force Officer with the Bureau of Alcohol, Tobacco, Firearms and Explosive (ATF). I am an "investigative or law enforcement officer of the United States" within the meaning of Title 18, United States Code, Section 2510(7), and I am empowered by law to conduct investigations and make arrests of offenses enumerated under Federal law.

2. I have been a Task Force Officer (TFO) with ATF since March 2022, and I have had extensive law enforcement training, including at the Detroit Police Department Training Center. In addition to being a TFO with the ATF, I have been employed as a police officer with the City of Detroit for approximately six years. I also have a bachelor's degree in criminal justice.

3. I make this affidavit from personal knowledge based on my participation in this investigation, including interviews conducted by myself and/or other law enforcement officers, communications with others who have personal knowledge of the events and circumstances described herein, review of reports by myself and/or other law enforcement officers, and information gained by my training and experience. This affidavit does not include all the information known to law enforcement related to this investigation. This affidavit is only intended to establish probable cause for the offense.

4. ATF is currently conducting a criminal investigation concerning William KNIGHT for violations of 18 U.S.C. § 922 (g)(1) as a felon in possession of a firearm.

## II. PROBABLE CAUSE

5. On August 19, 2025, at approximately 1:48 p.m., Detroit Police Officers working as second precinct special operations were in the area of Schaefer and Plymouth. The Officers were notified by a gas station clerk that a black male wearing all black with a red backpack was walking north on Schaefer from Plymouth was armed with a gun.

6. The officers drove north to the intersection of Schaefer and Mecca when they observed a black male – later identified as William KNIGHT – the officers exited their vehicle and asked KNIGHT if he had a firearm and a concealed pistol license (CPL), which KNIGHT stated yes to having a firearm and stated that he did not have a CPL.

7. The officers removed the red backpack from KNIGHT's back and recovered an AR H&K pistol .22 caliber with serial number HB028645.

8. Officers placed KNIGHT under arrest and transported KNIGHT to the Detroit Detention Center.

9. On August 26, 2025, I consulted with Special Agent (SA) Kara Klupacs, an interstate nexus expert. SA Klupacs stated that the AR H & K pistol, .22 caliber, based on the written description provided, without physically

examining it, is a firearm as defined by federal law and was manufactured outside the state of Michigan and therefore traveled in and affected interstate commerce.

10. I reviewed records related to KNIGHT's criminal history and learned the following:

    a. On or about April 14, 2008, KNIGHT was charged in Wayne County's Third Circuit Court with Felony Assault with intent to rob while armed, Felony Assault with Dangerous Weapon, and Felony Weapons Felony Firearm. On September 17, 2008, KNIGHT was found guilty as charged. He was subsequently sentenced to 51 months to 15 years of imprisonment for Felony Assault with intent to rob while armed, one year to 4 years for Felony Assault with Dangerous weapon, and 2 years for Felony weapons felony firearm.

11. Based on my training and experience, and based on the time KNIGHT spent incarcerated or under supervision as a result of his felony conviction, and the severity of his conviction, there is probable cause to believe that KNIGHT is aware of his status as a convicted felon.

### III. CONCLUSION

12. There is probable cause to believe that on August 19, 2025, in the Eastern District of Michigan, KNIGHT knowingly possessed a firearm after having been convicted of a felony offense; that he knew of his felony status at the time;

and that the firearm affected interstate or foreign commerce, all in violation of 18 U.S.C. § 922(g)(1).

Respectfully submitted,

Task Force Officer Kylie Churches
Bureau of Alcohol, Tobacco, Firearms and Explosives.

Sworn to before me and signed in my presence and/or by reliable electronic means.

Honorable Anthony P. Patti
United States Magistrate Judge

Date: August 28, 2025

4